UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CARLOS ALAMO, :
: Civil Action No. 11-1103 (JBS)
       Petitioner, :
:
       v. : **ORDER**
: (CLOSED)
ERIC HOLDER, et al., :
:
       Respondents. :

    IT APPEARING THAT Petitioner has submitted a Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241; and this Court having reviewed the Petition, and for the reasons set forth in the Court's Opinion filed herewith,

    IT IS on this **9th** day of **September, 2011**,

    ORDERED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241, as asserted by Petitioner, is DENIED WITH PREJUDICE for lack of merit; and it is further

    ORDERED that the motion to void judgment and/or for summary judgment (Docket entry no. 14) is DENIED as moot; and it is further

    ORDERED that the Clerk shall serve a copy of this Order and accompanying Opinion upon the Petitioner by regular mail; and it is finally

    ORDERED that the Clerk is directed to close the file in this matter accordingly.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    United State District Judge